The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>　　　　　Defendant. | NO.  2:23-cv-01370-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY OR CONTINUE INITIAL DISCOVERY DEADLINES<br><br>NOTE ON MOTION CALENDAR: October 16, 2023 |

Having considered the stipulated motion of the parties, and good cause appearing therefore, the Court hereby orders that the deadlines for the parties to conduct an FRCP 26(f) Conference, exchange initial disclosures, and to submit a Joint Status Report and Discovery plan are STAYED pending further order of the Court.

IT IS SO ORDERED.
Dated this 18th day of October 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY OR CONTINUE INITIAL DISCOVERY DEADLINES
NO.  2:23-CV-01370

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Presented by,

ROBERT W. FERGUSON
Attorney General of Washington

| | |
|---|---|
| s/ Teri Healy | s/ Matthew J. Macario |
| Teri Healy, WSBA No. 60367 | Suzanne K. Michael, WSBA No. 14072 |
| Alyssa P. Au, WSBA No. 52594 | Matthew J. Macario, WSBA No. 26522 |
| Assistant Attorneys General | Sieu Che, WSBA No. 40422 |
| Office of the Attorney General | FISHER & PHILLIPS LLP |
| Wing Luke Civil Rights Division | 1700 7TH Avenue, Suite 2200 |
| 800 Fifth Avenue, Suite 2000 | Seattle, WA 98101 |
| Seattle, WA 98104 | Telephone: (206) 682-2308 |
| Telephone: (206) 464-7744 | Email:  smichael@fisherphillips.com |
| Email: teri.healy@atg.wa.gov |             mmacario@fisherphillips.com |
|            alyssa.au@atg.wa.gov |             sche@fisherphillips.com |
| *Attorneys for State of Washington* | *Attorneys for Defendant O'Reilly Auto Enterprises, LLC* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY OR CONTINUE INITIAL DISCOVERY DEADLINES
NO. 2:23-CV-01370

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744